UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY FARMER,

                Plaintiff,

- against -

TOWN OF GREENBURGH, TOWN OF
GREENBURGH POLICE DEPARTMENT,
CHIEF OF POLICE JOHN A. KAPICA,
CAPTAIN JOSEPH DECARLO,

                Defendants.

**ORDER**

09 Civ. 05269 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The next pre-trial conference will be held via telephone on Friday, January 8, 2010 at 4:30 p.m. The parties should be prepared to discuss any proposed dispositive motions as well as the prospects for settlement.

Dated: New York, New York
       November 9, 2009

SO ORDERED.

Paul G. Gardephe
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/09